IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  18-cv-00634-CMA-NYW

**WILLIAM D. DIONES**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin stock insurance company**,

    Defendant.

___

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
___

    The Plaintiff, William D. Diones, and Defendant, American Family Mutual Insurance Company, S.I., by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims which could have been brought against Defendant are dismissed WITH PREJUDICE, all claims between Plaintiff and Defendant, American Family Mutual Insurance Company, S.I., having been amicably resolved, the parties to pay their own fees and costs.

    Respectfully submitted this 24th day of January, 2019.


/s/ *Thomas G. Tasker*                                     /s/  *Jacquelyn S. Booker*
Thomas G. Tasker                                            Debra K. Sutton
Attorney for Plaintiff                                           Jacquelyn S. Booker

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2019, I electronically filed a true and correct copy of the above and foregoing Stipulated Motion for Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas G. Tasker
Henry Miniter
Wahlberg, Woodruff, Nimmo & Sloane, LLP
4601 DTC Boulevard, Ste 950
Denver CO  80237

*/s/   Sarah E. Anderson*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*